JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER/CHAPPELL MUSIC, INC., a Delaware corporation; et al.<br><br>Plaintiffs,<br><br>v.<br><br>RAP-A-LOT 2K RECORDS, INC. d/b/a Rap-A-Lot Records, a Texas corporation, and JAMES PRINCE, an individual,<br><br>Defendants.<br>_____ | Case No. CV 12-10022 DDP (JCx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

All pending motions are vacated (DOCKET NUMBERS 58, 60 and 105)

THE COURT to retain jurisdiction to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 14, 2015

DEAN D. PREGERSON
United States District Judge